■ TOWN OF AMHERST et al., Respondents, v ARTHUR HILGER et al., Appellants, et al., Defendant. (Appeal No. 2.) [967 NYS2d 864]—Motion for reargument denied. Present—Smith, J.P., Fahey, Valentino and Whalen, JJ.

■ GEORGETOWN CAPITAL GROUP, INC., et al., Respondents, v EVEREST NATIONAL INSURANCE COMPANY, Appellant, et al., Defendant. [967 NYS2d 862]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ MARIA L. JAOUDE, Appellant, v MATTHEW E. HANNAH, L.P., et al., Respondents. (Appeal No. 1.) [967 NYS2d 864]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

■ MARIA L. JAOUDE, Appellant, v MATTHEW E. HANNAH, L.P., et al., Respondents (Appeal No. 2.) [967 NYS2d 864]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

■ NIESHA HAYNES, Appellant, v KALEIDA HEALTH et al., Respondents. [967 NYS2d 864]—Motion for reargument denied. Present—Scudder, P.J., Centra, Lindley and Sconiers, JJ.

■ In the Matter of MERRY-GO-ROUND PLAYHOUSE, INC., Appellant, v ASSESSOR OF CITY OF AUBURN et al., Respondents. [967 NYS2d 862]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.

■ JOHNNY WATSON, Appellant, v SALVATORE PRIORE et al., Defendants, and STEVEN A. ABDOO et al., Respondents. (Appeal No. 3.) [967 NYS2d 864]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.

■ JOHNNY WATSON, Appellant-Respondent, v SALVATORE PRIORE et al., Defendants, LIVINGSTON WESTON, et al., Respondents-Appellants, and STEVEN A. ABDOO et al., Respondents. (Appeal No. 1.) [967 NYS2d 864]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.

■ JOHNNY WATSON, Appellant, v SALVATORE PRIORE et al., Defendants, and STEVEN A. ABDOO et al., Respondents. (Appeal